IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROL DEATON, individually and on behalf of all others similarly situated,<br>*Plaintiff*<br><br>-against-<br><br>DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL<br>*Defendant* | 18-cv-08027<br><br>NOTICE OF DISMISSAL |

PLEASE TAKE NOTICE THAT, based on representations made and documents provided by Defendant, Plaintiff CAROL DEATON, through her undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses the above-captioned action without prejudice and with each party to bear its own attorneys' fees and costs.

Date:  November 16, 2018
       New York, New York

SIRI & GLIMSTAD LLP

*[signature]*

Aaron Siri
Mason A. Barney
*Attorneys for Plaintiff*
200 Park Avenue
17th Floor
New York, NY 10166
Tel: (212) 532-1091